Robert **HERRING**, Sr.; Robert Herring, Jr.; Charles Herring, Plaintiffs–Appellants,

v.

**TERADYNE INC.,** Stuart Osattin and Richard Mark Schneider, Defendants–Appellees.

No. 05–55183.

United States Court of Appeals, Ninth Circuit.

March 28, 2008.

Edward J. McIntyre, San Diego, CA, for Plaintiffs–Appellant.

Jordan D. Hershman, Boston, MA, Bingham McCutchen, LLP, Gregory A. Vega, San Diego, CA, for Defendants–Appellees.

Southern District of California, San Diego. D.C. No. CV–01–001835–DMS.

Before: T.G. NELSON, SILER,* and HAWKINS, Circuit Judges.

ORDER

The mandate that issued on December 5, 2007 is hereby recalled.

The Memorandum disposition, filed on July 13, 2007, 242 Fed.Appx. 469, is amended as follows: On page 1, footnote call "**" is inserted following "Dana M. Sabraw, District Judge, Presiding." The footnote shall read: "This appeal, from a final judgment entered by Judge Dana M. Sabraw, sought appellate review of orders earlier entered by United States District Judge M. James Lorenz."

* The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.

On page 1, existing footnote call "**" following "SILER," and footnote designation "**" before "The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation." are changed to "***".

The mandate shall issue forthwith.